IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

RONNIE MONGE REYES

DEBTOR(S)

CASE NO. 12-06885-MCF

CHAPTER 13

## TRUSTEE'S UNFAVORABLE REPORT
## ON POST CONFIRMATION MODIFIED PLAN DATED 4/26/2014

With respect to the above-referred payment plan with a base of $21,800.00 the Trustee Renders the following recommendation:

[ ] **FAVORABLE**              [X] **UNFAVORABLE**

The liquidation value of the estate is: 0.00

1. [ ] FEASIBILITY 11 USC § 1325(a)(6):

**2. [X] INSUFFICIENTLY FUNDED § 1325(b):**

The sufficiency of the plan cannot be determined unless a Doral's post petition claim is filed.

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

**7. [X] OTHER:**

The confirmed plan and proposed PCM provide that debtor will devote the tax refund and such funds have not been received. Provide us copy of the tax returns filed during the life of the case.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

DATE: 4/29/2014

R FIGUEROA CARRASQUILLO
COUNSEL FOR DEBTOR(S)

/s/ Pedro R Medina
Pedro R Medina
USDC #226614

**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC-LV